School District, No. 19-407. Thank you. May it please the Court. My name is Frederick K. Browington. It is my honor to represent Shimon Warenka, the plaintiff, in this matter. Judges, this matter has been well briefed before you, but let me start by addressing the issue that deals with the First Amendment claim. This is a dismissal that takes place without there having been any discovery, but after a proceeding before the district court judge on a temporary restraining order. The First Amendment claim in this situation finds Dr. Warenka in a discussion that addresses whether or not the actions that he engaged in, in terms of being a whistleblower, whether or not they were outside his official responsibilities. And, you know, as we've briefed in this case, we believe that that is the case. He was hired as a superintendent, working to try and be essentially a reformer within the school district. Within less than seven months, he discovered that there were things that were going on within the Hempstead School District, which were not only improper internally, but were outside the scope of his work. And he did take the actions of first speaking to the Board of Education, but then speaking to outside agencies, law enforcement agencies and the New York State Department of Education, to report that he was seeing items or matters that were essentially illegal, that dealt with corruption, and engaged an outside agency in the form of an accounting agency, accounting firm, to do an audit. He engaged the accounting agency and expect the school district to pay for it? Yes. And so wasn't that part of his role as superintendent? Broadly conceived, he had very broad responsibilities. He didn't engage them as a private citizen, did he? He did not engage them as a private citizen. That was a matter that was decided to be done by the Board itself. He himself did not actually engage, Your Honor. Thank you for asking that question. He himself did not engage them. They were engaged by the district Board of Education. Are there any analogous cases where it's found or not found, on a motion to dismiss, that reporting possible corruption to the Board is not part of the official duties of a superintendent of schools? Well, I believe that in this situation, the most analogous case that I can see, and we briefed that, is the Ramirez case, and it just happens to deal with the Hempstead School District as well. There, you had a director of technology that reported that there was both great inflation and fraud going with regard to that. That was reported to the commissioner of education. And in this situation, Judge Godel, the facts of Dr. Wawrinka, even though Judge Hurley focused on the reporting to the Board and the public letter, he failed to look underneath and look into the real issues that he addressed that he had spoken to outside law enforcement agencies, which is really the protected action in this case. But didn't he himself, you said he was hired to reform, affect reform, and the actions that he took, such as hiring the audit firm and special investigators, were still pursuant to his responsibilities as the superintendent, because as we were just saying, he didn't undertake that individually, as an individual. That's right. Isn't that right? And so how is it wrong to see this as pursuant to his overall supervisory responsibilities as supervisor? I'm sorry. Yeah, yeah, as superintendent. Thank you. Because in this situation, taking that responsibility on internally as an internal reformer is one thing. But when he steps out of that role into the private citizen role and reporting that to the governmental agencies, law enforcement, the district attorney's office. On that point, I understand your point there. But my understanding is that the education law provides that a superintendent, quote, shall possess the following powers and be charged with the following duties. And then there's an ellipsis B, to enforce all provisions of law and all rules and regulations relating to the management of the schools. Why isn't his approach to the law enforcement agencies consistent with that provision? Which is a part of the education law. In reading education law section 1711, particularly subsection 2, Judge, the responsibilities of doing that deal with responsibilities within the school district, enforcing the rules within the school district. His act doesn't say that. It doesn't limit it to within the school district. It talks about to enforce provisions of law. And surely if something is going on within the district that is a violation of the criminal law, it would be something that the superintendent should be reporting to the law enforcement agencies. It is in its capacity as superintendent, I would think. Right? Your Honor, with regard to his reporting it to the outside agencies, he did as he would. A private citizen would do that in this situation. Well, it may be consistent with what a private citizen would do, but if it's also part of the superintendent's responsibilities, then I don't think it would become protected speech, would it? I believe it would, Judge. In this situation when we deal with the case where both are happening, where he could be speaking on a matter of public concern, but he's speaking to somebody that would be, he'd be authorized to speak to under the applicable law for a superintendent or comparable person? Well, I think your question raises a very good point, because whether or not he would be authorized to do so as a private citizen or as a superintendent, the authorization in this situation was one that doesn't come to him simply because of his job position, because of his responsibilities. It comes to him having learned information that was not directly related to, he was not brought in for the purpose of trying to inform law enforcement officers. But we have to look at the overall responsibilities. He was a superintendent, so we look at all of the job responsibilities of the superintendent, whether it's in a job description or whether it's in a statute, to see whether or not he's acting pursuant to those requirements, right? Judge, that is one of the things that would take place. And you asked me whether or not in this case, of course, we're looking at the Garcetti-Matthews conflict that we have here. And in this situation, I truly believe that his actions were those consistent with an individual that was reporting activities outside of what he was able to control and handle himself within the district. The responsibilities would fall to any individual in the public. Well, if you're reporting up the chain, presumably your authority is not the same as the higher-up that you're reporting to who has broader authorities. And I'm not sure that that test, that it would be in his normal kin to do that, would be the test. I just wonder, I mean, in Matthews, there was a separate move to report to the captain, and there was also a captain would hold meetings with the public. But here there's no reaching out to the public or speaking to the public, no going public, if you will, no editorials or op-ed pieces or anything of that  sort. Quite the contrary, Judge. In this situation, there were two actions that were taken. There was the December 6th speaking to the board, 2017, and also the January 5th, 2018 letter to the public that was done for the purpose of advising, since the board did not respond, advising. Is that the collaborate with me letter? Excuse me, Your Honor. Is that the collaborate with me letter? Yes. On January 15th? Yes, Judge. January 5th, I believe it is. Yeah. But that also is to the community. And one of the responsibilities of the district community, the education, people who are interested in education, is to do that, isn't it? Yes. Yes. And within that letter, Your Honor, is the, I think, the important fact that there is a reference to reporting to the law enforcement agencies and outside agencies. I'm assuming he did that. Yes. Yes. Judges, I see that I'm already past it. Let me ask just one question before we sit down. Yes. You do have several minutes for rebuttal, which is I was on, or actually two questions. Is Mr. Waronker's contract anywhere in the record? Yes, it is. It is? It is at Appendix 301 in the record. The entire contract? The entire contract, Judge. And if you would like me to point it out to you. That's just fine. Thank you. And the second question is, does Mr. Waronker allege any financial loss in connection with his placement on paid administrative leave? Yes, Judge. There are two. That, of course, we were not able to develop the record because there was no discovery of that. But does he allege any such loss? And if so, where is that in the complaint? Judge, at that time, there had not been, the complaint was filed within a short period of time. Is the answer no? The answer is no, not fully alleged. All right. Thank you. Please go ahead. Two other questions. Yes, Judge. On your stigma plus claim, I don't see an allegation in the complaint that the defendants actually published something that was defamatory of the plaintiff. Am I correct? Judge, at that time that the complaint was first filed, the answer would be that you are correct. We were not allowed to amend the complaint. We sought to do that. That's my second question. I'm sorry. No, no. You just anticipated it. There was the letter in which you asked to supplement and amend the complaint. Was that the, I don't see that there is a detailed allegation of what the publication was in that letter or, indeed, other possible defects in the complaint? Was that the only request to amend the complaint? After the decision, for example, on the motion to dismiss, did you say, give us the opportunity to amend? Or did you say in your motion, your opposition to the original motion to dismiss, if you dismiss this complaint, give us an opportunity to amend? Judge, I'm testing my memory because I don't know the answer to the second question. But in the first, the answer to the first question is we did make the request to amend after the 45 charges, charges and specifications were released and became public. That was the two-page letter? That was the two-page letter. That was the only request to amend? That was the request to amend. And in that situation, Judge, because of the unique circumstances where there was a motion that had already been filed, and knowing the local judge's rules in seeking a pre-motion conference in this situation, the letter went in asking for permission to do that and or supplement our papers, which was both denied. Is there anything in the judge's rules with respect to a pre-motion conference indicate that if you go through the pre-motion conference and then there is a motion to dismiss, there will be no motion to file an amended complaint granted? No, Judge. But this was quite the reverse. In this situation, the application to amend the complaint came after the motion to dismiss was in place. Okay. And I have another question. Yes, Judge. I'm at the appendix to page 301, and it looks to be the second page of the contract. Does the first page appear someplace? Judge, it looks like that there is a copying error. Okay. I'm sorry. Oh, Judge, I'm told by counsel that it appears at page 300 of the first. And it is. It's at joint appendix 300. What's the last page of the prior volume? Yes, Judge. Okay. Thank you. Thank you very much. And my second question is, is there anything that precludes you from proceeding in State court under the whistleblower provisions there and other State court actions? Well, Judge, in this situation, with the circumstances that existed at the time of this dismissal ---- I'm saying right now. Right now, no. And with the development of additional facts, there are additional facts which have ---- Wouldn't you be barred by the requirement of the notice of claim and timeliness? Well, Judge, that is the impediment that we bring to this Court. But because I was expressing Her Honor's question, because of the development of additional facts that come, there may very well be another proceeding. But the answer to your question is, Judge, yes, that based on what we have now, we believe that Judge Hurley, even though it's not fully clear, dismissed with prejudice as to the State law claim is based on the notice of claim issue that's raised here. But I thought he determined he didn't exercise ---- he wasn't exercising supplemental jurisdiction. It is not clear with regard to reading the decision, Judge. Well, but wouldn't you be time barred because of the necessity for a timely notice of claim if you now went to the State court? Judge, the answer to that question is, if we are dealing strictly with the facts as they arise under this complaint, which is before you, but since the ---- since then, there have been many developments which have taken place in this case, and we would have the ability to ---- answering your question directly, we would have the ability to proceed for claims on behalf of Dr. Wawrinka in State court. At this time, a new notice of claim has already been filed. You've already filed a New York State lawsuit? No, a new notice of claim, Your Honor. That's based on subsequent developments after the facts here? That is correct, Judge. That is not part of this record, although if we had been able to amend our complaint, there may very well have been. All right. We've kept you well past your time. We'll hear from Mr. Scheer. Good morning, Your Honor. Good morning. If we may, I'd like to respond to some of the questions that the Court asked, because I think my answers might elucidate some of the issues raised by the Court. First, with respect to the contract, the contract we indicated is ---- starts at the end of Book I, continues on to Book II. The question was posed whether or not there was any loss of money to the plaintiff. The answer is, of course, no. That's been extensively briefed, and it's exactly what we argued to Judge Hurley. The issue before Judge Hurley was whether or not there was and whether or not there could be a deprivation, and the answer has to be no. Why? Because what the Board of Education did was they adopted an administrative leave of absence with pay policy, and they placed Dr. Warnocker on it. And wasn't that just a way of circumventing the requirement of the contract that before a suspension went into place, Dr. Warnocker would be entitled to a hearing? The answer to your question, Your Honor, respectfully, is no, and the reason why the answer is no is the provision in the contract at issue that the plaintiff seeks to use for his argument before the district court, which was denied and which we urge this court to deny on appeal, provides for a mechanism to adjudicate and to address issues of discipline. An administrative leave of absence with pay policy adopted by the district expressly provides that it's not in any way a manner of discipline. In fact, both under State law and under precedence from this Court, the administrative leave of absence with pay is not discipline. Why is it not? Because at the time that the Board placed him on an administrative leave of absence, the purpose of him being placed on leave was so that the Board could conduct investigations as to matters pertaining to him. The concern was that he might have undue influence and or pressure upon employees and intimidate them from providing truthful responses and or testimony with respect to his behavior, which was the subject of investigation. Did it morph somehow into discipline when the amended specifications were issued? The answer to your question, Your Honor, is at that point in time the district had served him with an administrative leave of absence, which is consistent with case law that says that that is a permitted basis for action by an employer in the public sector. We've cited cases in our brief that indicates that the decided case law is in support of this position. Fifth Circuit case law, Second Circuit case law, that where the employer has a question as to the person's judgment and or discretion, placement of a person on administrative leave, which then becomes the subject of specifications and charges, is appropriate. Has he been with pay for the entire period? He was with pay the entire period of time, yes, Your Honor. Alleged in the complaint. Maybe that's changed since then. I don't know. But anyway, there have been some subsequent developments. We don't know about those. I'm reluctant to dehorse the record. Oh, no. But with respect to all points in time relevant before this Court, Dr. Warnocker was paid in full his entire salary and benefits. If I may just direct the Court's attention to Joint Appendix 1529, we brief the issue and point out that in Joseph v. Levitt, this Court, Second Circuit 2006, held in reviewing the rulings of four sister courts that placement on administrative leave with pay during an investigation does not constitute adverse employment action. The question was posited. The answer was affirmatively answered no. There's a string of citations set forth at the bottom of that block quote. And then there's an ellipsis, and we quote from that decision that the Second Circuit held, we agree that an employee does not suffer a materially adverse change in terms and conditions of employment where the employer merely enforces its preexisting disciplinary policies in a reasonable manner. We then go on to cite Conner v. Pearson, Adams v. New York State Department of Education, and those holdings are consistent. Roberts. Kennedy. Isn't the question of whether speech by a public employee is part of the public employee's official duties usually decided on the basis of all of the evidence, including job descriptions and the like, on a motion for summary judgment rather than a motion to dismiss? Not where the matter can be decided as a matter of law. I'm sorry? Not where the matter can be decided as a matter of law. And so I would like to point out two issues. And so where are the precedential cases that say speech such as this, is within the official duties of a superintendent of schools? I'm very grateful that you asked that question. Okay. I direct your attention, please, to page 26 of our brief, citing Garcetti v. Celebalus, Casey v. Well, Garcetti was not a case about superintendent of schools. No, but Casey v. West Las Vegas IND School District, that would be 10th Circuit, 2007, is a superintendent case. And we run through various precedents, Pappas v. Giuliani, McEvoy v. Spencer, and in each of those cases, the question is, what is the range of authority of the person at issue who's speaking? Were all of those cases on motions to dismiss rather than motions for summary judgment? I can't answer the question as to what the procedural posture was for each of those cases. I apologize. But what I would like to point out to Your Honor, to Were they all superintendents of schools? No, not all. In certain instances, the question is to a lower-level employee. So in many of the cases that opposing counsel cites to, he refers to teachers who are, you know, a divine profession, but not at the same level as a superintendent of schools. To a police officer, not somebody who is a superintendent in control of an agency. The Court previously The Supreme Court has recently said in Lane and Franks that, you know, our precedents have recognized that speech by public employees on subject matter related to their employment holds special value, precisely because those employees gain knowledge of matters of public concern through their employment. And it seems to me that is exactly what Dr. Walker is alleging happened here. He took on a very broad, you know, big job with a lot of responsibility and learned some or saw evidence of matters of public concern, such as corruption of different levels, and took actions to, in accordance with the law, to make things right or to investigate what was going on. And he lost his job as a result. Maybe not pay, but he lost his job as a result. And I'm troubled. I'm troubled by that. I mean, on the one hand, one doesn't have the right to a high-level public job where you're in disagreement with the ultimate controlling body, necessarily. But he seemed to have taken proper steps to bring this matter to the Board's attention. Why wasn't he acting when writing to the members of the community on a matter of public concern in a way that the First Amendment should protect, consistent with the Supreme Court's case law? I'm very grateful that you asked that question. That is a narrative. That question presupposes the narrative that the plaintiff has tried to foist upon this record. The real truth, Your Honor, is that his reporting was incidental to the performance of his job. But let me interrupt for just a second in terms of narrative. As Judge Codall's been emphasizing, we're at the motion-to-dismiss stage, and he's entitled to have his reasonable and plausible allegations taken as true. So the point — so let me address both points. There's no evidence in the record that the employment action taken with respect to Dr. Warnocker had anything to do with his now-alleged free speech actions. Isn't that a matter for determination in a — following the receipt of evidence? I mean, that particular thing, what the motives are of people, is something that is not readily determined on the basis of the pleadings, is it? No, I understand your question, and I agree with you, Your Honor. However, the reason I believe why Judge Hurley dismissed the complaint is that because the complaint fails to state a cause of action as a matter of law. Well, that's what he thought, and that's what you think. And I'm urging that this Court find that. So I would just like to point out to you, Your Honor, that the plaintiff's effort — I think what I'm trying to say is notwithstanding the fact that it may be a matter of public concern, very often people who are reporting to the — up the chain of command are raising issues of a matter of public concern. I think in Weintraub, there was a — there were accounting irregularities that were reported up, and we said that that was not protected speech because they didn't go public with it. So that's — you know, that's, I think, what you're trying to argue here. That if — the matter of public concern is part of the — part of the question, but not all of it. Mr. Scherr, why don't you state why this is a matter of law — why, as a matter of law, this complaint could be dismissed? I'd be happy to, but if you wouldn't mind, could I just answer your question? Well, I'm sorry. I thought you — I promise I'll come right back to you. No, that's fine. I thought — Your Honor, I recognize your question, and I just want to point out to the Court, as — as briefed both to the lower court and as argued in our brief to this court, JA-430, we pointed out that employees — there are instances where employees see that something is coming their way that's an adverse employment action and take efforts to try to create a First Amendment claim where none might otherwise exist. University of Texas Southwest Medical Center v. Nassar, United States Supreme Court, 2013. How can that be decided on the pleadings? How can that be decided on the pleadings? And by the way, did Judge Hurley make any findings to that effect, that he was — he was manufacturing these particular statements to the various people because he was about to be fired or about to be disciplined? No, actually, Your Honor, that was our contention. The judge never needed to reach that issue. He didn't reach it. He didn't reach it, need it or not. He didn't — he didn't — he didn't reach it because — you're right, he found it — found on another basis. He found — and to answer now Your Honor's question, and I agree with you, he never reached that question because he found as a matter of law that the speech that is at issue is not a First Amendment-protected speech issue. It is speech in the course of his conduct and performance of his own employment. So he didn't speak as a public citizen? Absolutely. And our contention not only is it that he absolutely did not, but if I may, I would like to, if I could, run you through his complaint and run you through his declaration that was presented to the Court before Judge Hurley because he said that he did it as superintendent of schools. If I might for just a moment. Isn't there a distinction between whether he is doing it as superintendent of schools and whether that's pursuant to his official duties? There's no question that the letter that he wrote to the community, he signed as superintendent of schools. He was sharing with them what he had learned as superintendent of schools. That, it would seem, is a slightly different question from whether it was part of his official duties as the superintendent of schools to write that letter to the community. So then the question is, how could we say as a matter of law, on what basis, that that was part of his official duties as the superintendent of schools? If I might, I direct your attention to Joint Appendix page 34 through 35. We can start there. Because it is Dr. Veronica who pleads at paragraph 173. Start with JA034. Are you reading from the complaint? I am. What paragraph from the complaint? Paragraphs 173 through 175. If you wouldn't mind, I'd like to read it into the record with my inflection. He pleads, defendants violated 42 U.S.C. 1983 by retaliating against plaintiffs when plaintiffs began to conduct in-depth investigations in the defendant's school district to root out corruption and mismanagement in hopes of transforming Hempstead schools. I wrote down earlier, Your Honor, when you asked the question whether or not this was in line with what was hired by the prior board, that his purpose was to try to seek out what he perceived to be corruption. Paragraph 174, if I may. Plaintiff Dr. Warnocker, as superintendent of defendant's school district, I'm going to ask you if I might, just hard stop, he does not say as citizen. I didn't direct plaintiff how to craft that paragraph. Plaintiff crafted this paragraph to say. Counsel, we've read the complaint. And it may not be terribly artfully drafted. The question becomes whether as a matter of law, this was part of his official duties as the superintendent of schools. Well, then, if I may, Your Honor, because I understand your question, I'd like to point out two items. First, I could not agree more with our distinguished jurist when he asked the question of opposing counsel under section 1711 subpart 2, the superintendent of schools, his obligation is to enforce all laws. So just run the gamut of the issues that pop up in a school district. If, God forbid, a teacher is discovered to have had an improper physical relationship with a student, superintendent can't prosecute that person. He must report that. He must report that both to the Office of Professional Responsibilities up at NYSED, that's the New York State Education Department, and also to the appropriate authorities. The superintendent of the schools doesn't have the ability to incarcerate someone for that behavior or if the person was selling drugs. Does enforcement of the laws include writing an open letter to the community? Your Honor, he did that in an effort to sell the virtues of his performance as the superintendent of schools and to try and drum up public support for his continued employment as the active person controlling the decisions to be made as the superintendent of schools. If I could just direct your attention for a moment. Is it part of the official duties of the superintendent of schools to extol his performance as the superintendent of schools to the community? No, but, Your Honor, and that's a great question. The issue that you're raising is one that was argued and discussed at length by the Fifth Circuit in their decision regarding a superintendent of schools where the court held that the position of the superintendent of schools is inherently a political position. It involves working with a board of trustees in, and local politics, and there are often times when the person who is sitting in that position runs afoul of changing politics, and one of the many powers that the public employer has is the ability to buy out that person in that title of their contract. That's because, and then the court went further to reason, indeed, it's a hard-pressed notion to say that any superintendent has any reasonable expectation of even finishing out a contract. And in that case, that superintendent left that employee and became employed during the pendency of that action as a superintendent of schools in Georgia. So I think the right answer to your question is, Your Honor, Dr. Warrenker, I don't think is claiming to this court that his behavior and his writings and his reportings were as a private citizen. He is not a teacher who, outside of the confines of his or her position of employment, is reporting on transgressions like the misuse of funds for the track, which would be way outside of that person's job duties as a science teacher. I would just like to point out for you, just to one moment. Kagan. Why don't you close? Go ahead. Make one last comment. We've kept you well past your time. And I thank you so much for the opportunity to argue the points. Two points, very quick. Joint Appendix pages 86 through 87, those are the portions of Dr. Warrenker's declaration submitted to Judge Hurley in which he argues that he personally was engaged as he sees himself in his own role, that he was engaged to investigate crimes, to investigate corruption. He was involved personally in the hiring of the forensic auditors. He brags that counsel was being protective, that that would not be Mr. Sherry for us. Okay. He brags that he's the one who gets the forensic firm secured and engaged because they're going to investigate corruption with him. And last but not least is pages 315 through 321 of the record. In each of those instances, Dr. Warrenker is trying to put in context what his primary focus was for his employee, what he had been doing for the six months, signs off on each of those as superintendent of schools. He's not acting as a private citizen. He's acting as the chief executive officer and acting in accordance with his obligations as the employer. Thank you for your argument. Thank you all for hearing me. Mr. Brewington, you have two minutes of rebuttal. Judge, I'll be very brief. Just to answer first, Judge Codall, your question concerning the Casey case that was referenced, that was a summary judgment matter and we referred to that at page 28 and 29 of our brief, of our main brief. To answer the question as to Dr. Warrenker's rights, there was no pre-deprivation hearing, and I believe that your insight is correct, that in this situation the last minute ---- I'm afraid on that one, what is the ---- what would he be deprived of here? Not a property right, because he was being paid. I'm not sure I follow you on that. Well, Judge, in this situation, the issue of the property right at the particular point that we sought to amend the complaint would have allowed us to address that. You're right at the very beginning. I think that there was a real question as to that. So you think there's a reason to believe that he would have avoided suspension had he had a pre-deprivation hearing? Yes. And why is that, given how all this has unfolded as your allegations? Well, it's difficult to, I mean ---- You can't say where ---- Looking in the crystal ball, but it's a very difficult point. But, Judge, to answer your question as best I can, is that in this situation, if he had had a pre-deprivation hearing and had the opportunity to elucidate the claims at that point, that he was being ---- he was under investigation, and they were looking at his actions with regard to bidding and other matters, there were people that would have been available to provide information, including former counsel that was there at the time that he came on board. Counsel changed at some point. And it was at that time that matters for Dr. Warren to change. All right. Very good. I think we have the arguments. I just have one more. Oh, please. Go ahead. Could you just briefly tell me how, if this case were to ---- if we were to vacate and send it for ---- send it back for further development in preparation for summary judgment motion, what ---- how you ---- how you could develop the record in any way that's different from the way it is now? Very much so, Judge, and I thank you. First of all, there was no discovery conducted. I understand. I'm not saying that. I'm saying what specifically would ---- could you achieve a discovery? Do you think you might be able to achieve a discovery? Not whether you could definitely do it or not, but what questions might there be? The questions would be, first of all, with regard to the actions of the school board. We know that with the electronic information that would be sought, we would be seeking e-mails that address this very issue and what was being discussed. I'm sorry, but how would that affect whether Dr. Walker spoke as a public citizen? That discovery, isn't that all established here, I mean, as alleged? Judge, there was no, I don't believe that ---- I don't mean to interrupt my colleague's question, but go ahead. Any additional statements that he made to the public or anything, we have on that. And I don't think they would ---- it doesn't seem to me that that would be altered, right? That is correct, Judge. That would not be altered. Right. So all of the questions relating to whether he spoke as a private citizen versus pursuant to his duties is in the record now. It's part of the complaint and part of the decision of Judge Hurley. Is that right? Judge, you're correct. Okay. Thank you. Thank you very much. Thank you for your arguments. We'll reserve decision. Thank you so much.